UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* MARIA ALVARADO<br><br>                                        Plaintiff,<br><br>v.<br><br>EYE CARE OF SAN DIEGO; JOHN E. BOKOSKY; and SARA JULAZADEH,<br><br>                                        Defendants. | Case No.: 20-CV-2278 JLS (JLB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On July 18, 2022, Relator Maria Alvarado filed a Notice of Voluntary Dismissal of this action (ECF No. 16). The United States filed a Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) (ECF No. 18). Additionally, the United States stated that the State of California consented to the dismissal pursuant to the California False Claims Act, Cal. Gov't Code § (c)(1) and the California Insurance Frauds Prevention Act, Cal Ins. Code § 1871.7(e)(1). (*Id.*) Accordingly, the Court **DISMISSES**

///
///
///
///

**WITHOUT PREJUDICE** this action as to Relator Maria Alvarado, the United States, and the State of California.

  **IT IS SO ORDERED.**

Dated: July 20, 2022

            */s/ Janis L. Sammartino*
            Hon. Janis L. Sammartino
            United States District Judge